**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Newton AC/DC Fund, L.P., Scallion Trading Ltd., and Stanton Street Capital Partners, Inc., individually and on behalf of all other similarly situated Plaintiffs,<br><br>Plaintiffs,<br>v.<br><br>Circle Internet Group, Inc. and Circle Internet Financial, LLC,<br><br>Defendants. | Case No.: 1:25-cv-08838-ALC<br><br>**STATUS REPORT** |

Pursuant to the Order of the Supreme Court of the State of New York, New York County, dated September 2, 2025 (ECF No. 1-3 at 91), Newton AC/DC Fund L.P. (the "Fund") provides the following status update on behalf of all Plaintiffs:

1. The Fund has served a copy of the Complaint in this action (ECF No. 1-1) and a notice of intervention, dated October 2, 2025 (together, the "Notice Papers") on various entities.

2. This report references three Ethereum cryptocurrency wallets with the following addresses: 0xefeef8e968a0db92781ac7b3b7c821909ef10c88, 0x027f1571aca57354223276722dc7b572a5b05cd8, and 0x48bead89e696ee93b04913cb0006f35adb844537 (together, the "Hacker Wallets").

3. The Fund served the Notice Papers upon the holders of the Hacker Wallets on or about October 8, 2025. It did so by transmission of cryptocurrency to the Hacker Wallets that contains the following text in its data field:

> This message is to inform you that a lawsuit is pending in New York state court regarding your rights as a multiUSDC holder. Please review documents in the case captioned Newton ACDC Fund LP v. Circle Internet Financial LLC at the

> following links: ‘https://tinyurl.com/w8wfcp8d’ and ‘https://tinyurl.com/5f65c982’

4. The Fund served the Notice Papers upon the liquidators of the Multichain Foundation Ltd. on October 2, 2025. It did so by email to their counsel, Gregory Strong of Cahill Gordon & Reindell LLP, and he acknowledged receipt.

5. The Fund served the Notice Papers upon Fantom Foundation on October 2, 2025. It did so by email to its counsel, Nicolas Tang of the Farallon Law Corporation, and he acknowledged receipt.

6. The Plaintiff served the Notice Papers upon the top 10,000 holders of MultiUSDC on the Fantom blockchain and upon the top 1,000 holders of MultiUSDC on the Moonriver blockchain.

7. The Fund accomplished the service described in paragraph 6 during a period of time from on or about October 8, 2025, through on or about October 10, 2025. It did so by transmission of cryptocurrency to each wallet address that holds about 149 or more multiUSDC on the Fantom blockchain and each wallet address that holds about 194 or more multiUSDC on the Moonriver blockchain. Each transmission contains the following text in its data field:

> This message is to inform you that a lawsuit is pending in New York state court regarding your rights as a multiUSDC holder. Please review documents in the case captioned Newton ACDC Fund LP v. Circle Internet Financial LLC at the following links: ‘https://tinyurl.com/w8wfcp8d’ and ‘https://tinyurl.com/5f65c982’

8. The Fund is still considering a procedure to contact parties who hold fewer than 149 multiUSDC on the Fantom blockchain or fewer than 194 multiUSDC on the Moonriver blockchain. It has been soliciting proposals from experienced class action claims administrators and expects to work with an administrator it retains to contact all multiUSDC holders on the Fanton and Moonriver blockchains.

Dated: Brooklyn, New York
October 31, 2025

WILL NEWMAN LAWYER PLLC

/s/ William H. Newman

______________________________

William H. Newman
Tara Q. Higgins
33 Nassau Avenue, Second Floor
Brooklyn, New York 11222
Phone: (718) 218-3360
Email: will@willnewmanlawyer.com
tara@willnewmanlawyer.com

Attorneys for the Fund