**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Newton AC/DC Fund, L.P., Scallion Trading Ltd., and Stanton Street Capital Partners, Inc., individually and on behalf of all other similarly situated Plaintiffs,<br><br>Plaintiffs,<br>v.<br><br>Circle Internet Group, Inc. and Circle Internet Financial, LLC,<br><br>Defendants. | Case No.:  1:25-cv-08838-ALC<br><br>**<u>STATUS REPORT</u>** |

Pursuant to the Order of this Court, dated December 15, 2025 (ECF No. 16), Plaintiffs provide the following status update on behalf of all parties:

1.      The Petitioners in *In re Multichain Foundation Ltd.*, Case No. 25-12340 (DSJ) (Bankr. S.D.N.Y.) have filed a motion arguing that this action should be subject to the automatic stay or otherwise should be stayed pursuant to 11 U.S.C. § 1520(a) or § 1521(a)(1).

2.      The Plaintiffs filed an opposition to that motion on March 10, 2026.  The Defendants did not file any statement concerning the motion.  The Petitioners filed a reply on March 27, 2026.  The Bankruptcy Court conducted a hearing concerning the motion on May 12, 2026.

3.      The Bankruptcy Court reserved judgment at the hearing and the Parties are waiting for its decision.

2

Dated: Brooklyn, New York
      June 22, 2026

                NEWMAN LITIGATION PLLC

                /s/ William H. Newman

                William H. Newman
                Tara Q. Higgins
                33 Nassau Avenue, Second Floor
                Brooklyn, New York 11222
                Phone: (718) 218-3360
                Email: will@newmanl.com
                         tara@newmanl.com

                Attorneys for the Plaintiffs

2